472 P.2d 384

Howard LEACH, Secretary of Corrections of the State of New Mexico, Felix RODRIGUEZ, Superintendent of the Penitentiary of New Mexico, and the Penitentiary of New Mexico, Petitioners,

v.

Honorable Garnett R. BURKS, District Judge of the Seventh Judicial District, sitting as District Judge of the Second Judicial District, Respondent.

No. 9099.

Supreme Court of New Mexico.

July 23, 1970.

Ordered that petition for exercise of superintending control be and the same is hereby denied.

472 P.2d 384

E. H. WILLIAMS, Jr., District Attorney of the Third Judicial District of the State of New Mexico, Petitioner,

v.

The Honorable Richard A. STANLEY, District Judge of the Third Judicial District of the State of New Mexico, and The Honorable Kenneth Gilmore, Magistrate, Dona Ana County, New Mexico, Respondents.

No. 9101.

Supreme Court of New Mexico.

July 28, 1970.

COMPTON, Chief Justice, and TACKETT, WATSON, SISK and McKENNA, Justices, concurring.

Ordered that petition for writ of prohibition be and the same is hereby denied.